# EXHIBITS 1 AND 2
# REDACTED IN THEIR ENTIRETY