IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIMED, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHREX, INC., <br><br> Defendant. | C.A. No. 18-666-MN <br><br> **PUBLIC VERSION FILED:** <br><br> **JANUARY 23, 2020** |

**PLAINTIFF'S LETTER IN RESPONSE TO THE DECLARATION
OF DR. RONALD J. CHOINSKI REGARDING
<u>ARTHREX'S WRIST PLATING SYSTEM</u>**

*Of Counsel:*
Lee Grossman
Mark Grossman
GROSSMAN LAW OFFICES
225 W. Washington St., Suite 2200
Chicago, IL 60606
(312) 621-9000
lgrossman@grossmanlegal.com
mgrossman@grossmanlegal.com

Jeffrey M. Drake
MILLER, CANFIELD, PADDOCK,
AND STONE, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606
(312) 460-4234
drakej@millercanfield.com

**CONNOLLY GALLAGHER LLP**

Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

Date: January 15, 2020



1201 North Market Street
20th Floor
Wilmington, DE 19801
www.connollygallagher.com

January 15, 2020

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19 - Room 4324
Wilmington, DE 19801-3555

   **Re:  TriMed, Inc. v. Arthrex, Inc.; Case No. 18-cv-00666-MN**

Dear Judge Noreika,

  In response to the Declaration of Ronald J. Choinski, MD Regarding Arthrex's Wrist Plating System (D.I. 98), TriMed submits the following:

  <u>Attachment 1</u>:  The Arthrex Wrist Plating System which has two stacked cases, one case identified as "Case 1 of 2" and the other "Case 2 of 2."

  <u>Attachment 2</u>:  Case 1 of the Arthrex Wrist Plating System with its lid removed and showing the non-accused volar plates and screws and instruments used with the accused volar hook plates and non-accused volar plates.

  <u>Attachment 3</u>:  Case 2 of the Arthrex Wrist Plating System which has the accused volar hook plates.

  <u>Attachment 4</u>:  Deposition Ex. 51: Arthrex brochure, p. 2, marketing the entire Arthrex Wrist Plating System, including the volar hook plate.

  <u>Attachment 5</u>:  Deposition of Arthrex's James Saylor, the National Sales Manager, testifying that the entire Wrist Plating System is brought into the operating room (pp. 35-36).

  <u>Attachment 6</u>:  Deposition Ex. 54: Arthrex brochure, page 2, listing the accused volar hook plates, and stating "Must be used with the Wrist Plating System."

  <u>Attachment 7</u>:  Deposition of Arthrex's Ronald Choinski, the Group Product Manager, stating the fragment specific tray (which includes the accused volar hook plates) sits in the bottom of the larger Wrist Plating System (p. 115); that the entire box with all of the plates are sterilized together (p. 246).

  <u>Attachment 8</u>:  Deposition Ex. 56: Arthrex brochure itemizing and showing the products in its Wrist Plating System.



The Honorable Maryellen Noreika
January 15, 2020
Page 2

       <u>Attachment 9</u>:  Deposition Ex. 74: An email from Arthrex's National Sales Manager stating that ██████████████████████████████████████████████████████████
██████████████████████████████████████████

       <u>Attachment 10</u>:  Deposition of Arthrex's Peter Denove, Senior Director and Mr. <u>Choinski's boss, stating</u> ████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████

       TriMed's motion to compel sought the production of all sales and cost information from Arthrex's Wrist Plating System when the infringing volar hook plates were present in the operating room.  ████████████████████████████████████████
████████  In light of Arthrex's accounting limitations, TriMed requests that Arthrex: (1) update its annual sales of all of its products as provided in its Excel spreadsheet it previously produced (ARTH 15968), and (2) identify the quantity of Wrist Plating Systems (AR-8916S) and Fracture Specific Systems (AR-8916FS) which have been introduced into the field, on an annual basis.  This will allow TriMed's damage expert to supplement his damage report using ratios, instead of actual sales when the accused volar hook plates were present in the operating room.  Arthrex's previously produced spreadsheet is attached as <u>Attachment 11</u>.

                                       Respectfully submitted,

                                       */s/ Arthur G. Connolly, III*

                                       Arthur G. Connolly, III (#2667)

Attachments

cc: All Counsel of Record (Via Email)