Attachment 1

# FIGURE 1: ASSEMBLED ARTHREX WRIST PLATING SYSTEM



# Attachment 2

# FIGURE 2: TOP CASE IN FIGURE 1

**Screws and Instruments Used with Accused Volar Hook Plates of Bottom Tray as Shown in Figure 3**

**Non-Accused Volar Plates**



Attachment 3

# FIGURE 3: BOTTOM CASE IN FIGURE 1



**Fragment Specific Tray Including Accused Hook Plate and Drill Guide and Other Instruments**

# Attachment 4



*Arthrex® Presents:*

# NEW TECHNOLOGY UPDATE IN HAND & WRIST SURGERY

### SUMMER 2015

2015 was another exciting year for Hand & Wrist as we've continued to expand our product portfolio and build on our previous year's successful launch of the Distal Radius Plating System, Compression FT screws, and the CMC Mini TightRope® Implant. This year is marked by continued growth of our portfolio with the soon to be released Fragment Specific plating module housed within the Distal Radius system as well as the new DX SwiveLock SL. Using this new anchor, we developed an exciting new option for treating scapholunate instabilities. Many of these innovative products offer solutions to treat the difficult pathologies seen in Hand & Wrist orthopedics today.

Our Hand & Wrist Medical Education programs continue to expand. With multiple hands-on lab opportunities to learn cutting edge techniques throughout the United States, Arthrex® is training more Hand surgeons than ever before. Surgeon thought leaders instruct courses at our labs in Naples, FL; Miami, FL; Manhattan, NY; Vail, CO; Phoenix, AZ; Los Angeles, CA; and Irvine, CA throughout the year.

With continued focus and expansion our Hand & Wrist portfolio is growing rapidly and will continue to do so for many years to come. We look forward to continous innovation and growth in this exciting market and hope you will join us to learn more about the highlights of what is happening at Arthrex. Stay tuned for more updates or visit us on our website at www.arthrex.com

RJ Choinski
*Senior Product Manager*
Arthrex Inc.
Ronald.Choinski@Arthrex.com

Pete Denove
*Director, Distal Extremities*
*Product Management*
Arthrex Inc.
Pdenove@arthrex.com

## 3.5 mm SwiveLock® SL

Arthrex is pleased to announce that we are expanding our Hand & Wrist portfolio to include a new knotless suture anchor. The screw-in, knotless SwiveLock offers multiple advantages, such as low profile construct, quick graft insertion through a forked-tipped eyelet, and high pull out strength. The anchor is available in radiolucent PEEK material.

**Featured Product**

Among many indications envisioned for this anchor, the 3.5 SwiveLock SL will be a great answer for scapholunate dorsal and interosseous ligament reconstruction. The dorsal reconstruction is simpler than a traditional reconstruction, with an all-knotless, ECRB or Palmaris graft technique. The interosseous procedure uses a Palmaris graft to reassociate the scaphoid and the lunate both in the central and the dorsal portions of the ligament, ensuring solid, anatomic fixation.

The DX SwiveLock SL is 3.5 mm in diameter and 8.5 mm in length and comes with a forked tipped eyelet to facilitate insertion of the graft into a blind tunnel.





Pictured (left to right): Carolyn Brunner, Michelle Moran, Scott Peterson, Karen Gatten, Todd Earhart, Abigail Freigang, RJ Choinski, Stephanie Bare, Chris Powell, Lindsey Hall, Jerome Gulvas, Michael Karnas, Zachary Day, Adam Garlock and Pete Denove.
Not Pictured: Albert Valdivia, Brittany Foslien and Jake Charles

## IN THIS ISSUE

Scientific Article Spotlight . . . . 2 – 3
Anchor Spotlight . . . . . . . . . . . 4
What's In My Bag? . . . . . . . 5 – 7
New Products . . . . . . . . . . 8 – 9
Surgical Tips and Pearls . . . . . . 10
Distal Extremities Education . . . . 11

**Arthrex.**

©2015, Arthrex Inc. All rights reserved. LN1-00003-EN_A



EXHIBIT
51



**Step 7:** Insert the SwiveLock® SL into the proximal pole of the scaphoid until the leading end of the threaded anchor body is flush to the bone. Apply minimal tension on the graft in the direction of the lunate to keep the graft from spinning while screwing in the SwiveLock. Hold the square tab steady while turning the knob clockwise until the laser line is just below the level of the bone.

**Step 8:** The second SwiveLock SL is used to capture the tendon graft and both limbs of the FiberLoop® in the lunate drill hole.

**Step 9:** Follow the same procedure as in Step 8 for the distal pole of the scaphoid. Cut off any excess tendon graft and FiberLoop. If you haven't previously placed a scaphocapitate K-wire, do so now prior to removing the joystick K-wires. Close the capsule and dorsal incision.

**Step 10:** Final Construct.

**Post-Op:** A forearm-based thumb spica splint is worn for 6-8 weeks. Any supplemental K-wires can be removed and hand therapy is started at this time. The splint is worn for an additional six weeks.






# Fragment Specific Plating

In addition to the volar distal radius plate that was launched in 2014, Arthrex® is adding a Fragment Specific Plate module that will drop-in to the existing Wrist Plating set. These plates are a limited availability beta release. Additional plating options include dorsal plates, radial styloid plates, periarticular plates, L-plates, and a dorsal spanning plate. This comprehensive offering ensures that the right plate is always available for more complex fractures.





*Radial Styloid Plate*
*AR-8916RSTY*



*Dorsal Distal Radius Plate*
*AR-8916DSL*



*Volar Hook Plate*
*AR-8916VH*



*Spanning Plate*
*AR-8916SPN*

*Dorsal L-Plate*
*AR-8952ML*

*Fragment specific plates are on a limited launch beta release.

ATHX00000959

# Attachment 5



Attachment 6



**Comprehensive Fragment Specific Wrist Plating Solutions**

Surgical Technique





Dorsal Plating

Radial Styloid



Volar Hook Plate

Ulna Styloid



Spanning Plate

Universal L-plates







www.arthrex.com
...up-to-date technology
just a click away

This description of technique is provided as an educational tool and clinical aid to assist properly licensed medical professionals in the usage of specific Arthrex products. As part of this professional usage, the medical professional must use their professional judgment in making any final determinations in product usage and technique. In doing so, the medical professional should rely on their own training and experience and should conduct a thorough review of pertinent medical literature and the product's Directions For Use.

*2017, Arthrex Inc. All rights reserved. LT1-00080-EN_A



EXHIBIT
54



**Arthrex** Comprehensive Fragment Specific Wrist Plating Solutions

## Ordering Information

**Fragment Specific Set includes:**

| | |
|---|---|
| Fragment Specific Case | AR-8916C-21 |
| Needle Nose Pliers x 2 | AR-8916-23 |
| 1.7 mm Parallel Drill Guide | AR-8916-26 |

**Plates:**

| | |
|---|---|
| 2.4 mm 2H L Plate, Ti, Right, 5H | AR-8952ML-05R |
| 2.4 mm 2H L Plate, Ti, Left, 5H | AR-8952ML-05L |
| Wrist Spanning Plate, Ti, 9H | AR-8916S7N |
| 2.4 mm Distal Radius Styloid Plate, Ti, 5H | AR-8916RSTY-05 |
| Volar Hook Plate, Ti, 4H | AR-8916VH-04 |
| Volar Hook Plate, Ti, 6H | AR-8916VH-06 |
| Dorsal Distal Radius Plate, Ti, Standard, Right, 4H | AR-8916DSR-04 |
| Dorsal Distal Radius Plate, Ti, Standard, Left, 4H | AR-8916DSL-04 |
| Dorsal Distal Radius Plate, Ti, Narrow, Right, 4H | AR-8916DNR-04 |
| Dorsal Distal Radius Plate, Ti, Narrow, Left, 4H | AR-8916DNL-04 |
| Ulna Styloid Plate | AR-8956-01 |

*Must be used with Wrist Plating System (AR-8918S)



**Dorsal Plating Options**
Low-profile dorsal plating options providing narrow and standard width plate options to buttress dorsally comminuted fracture fragments.



**Radial Styloid Plate**
Provides direct radial styloid buttressing in a low profile design with anatomic screw trajectory for stable support.



**Volar Hook Plate**
Provides fixed tine support for very distal subchondral fracture fragments.



**Ulna Styloid Plate**
Hook plate design provides stable and contoured support to the distal ulna.



**Spanning Plate**
Low-profile design maintains height of highly comminuted wrist fractures for stability during the healing period.



**L-Plates**
Universal L-plates provide stability for a variety of fracture patterns and can be used in conjunction with other fragment specific plates for added stability.





Volar Plating

ATHX00000996

Attachment 7

CHOINSKI

CHOINSKI



65 (Pages 246 - 249)

CHOINSKI

Attachment 8

THE NEXT GENERATION IN

# Hand and Wrist

REPAIR TECHNOLOGY









Arthrex

EXHIBIT
56

ATHX00000837

**Osseous Fixation**

## Wrist Plating System

The Wrist Plating System provides a comprehensive solution for distal radius fracture management. Volar plates are available in narrow, standard, and wide, as well as multiple shaft lengths. A variety of screw fixation options, Aiming Guides, and instrumentation allow for customization according to surgeon preference and complexity of the fracture. The Wrist Plating System is developed to provide the complete solution for your distal radius fixation needs.



### Indications

The Wrist Plating System is designed for fixation of intraarticular and extraarticular fractures, osteotomies, as well as nonunions and malunions of the distal radius.

### Advantages

*Anatomic*

Plates are developed to fit the anatomy and contours of the distal radius for a low profile repair and anatomic reduction of the fracture.

*Comprehensive*

Multiple plating options include a comprehensive volar plate selection as well as dorsal plates, radial styloid plate, peri-articular plates, L-plates, and a dorsal spanning plate.

*Options*

Fracture patterns create unique challenges and the variety of fixation options included allow multiple solutions for even the more complex fracture patterns.

*Straightforward Instrumentation*

The modular set layout allows for easy identification of appropriate instruments and reduces confusion in the OR. Proper screw length is verified at a glance with the graduated screw caddy, reducing the time needed to measure screws by hand.

#### Wrist Plating System (AR-8916S) includes:

| | |
|---|---|
| Wrist Plating System Case | AR-8916C |

**Aiming Guides:**

| | |
|---|---|
| Aiming Guide, Narrow, Right | AR-8916-03 |
| Aiming Guide, Narrow, Left | AR-8916-04 |
| Aiming Guide, Standard, Right | AR-8916-01 |
| Aiming Guide, Standard, Left | AR-8916-02 |
| Aiming Guide, Wide, Right | AR-8916-20 |
| Aiming Guide, Wide, Left | AR-8916-15 |

**Instrumentation for 2.4 mm VAL and Cortical Screws:**

| | |
|---|---|
| Drill Bit, 1.7 mm, graduated | AR-8916-14 |
| Drill Guide, 2.4 mm VAL DRP | AR-8916-21 |
| Drill Guide, (Aiming Guide), 2.4 mm | AR-8916-09 |
| Drill Guide, Threaded, 2.4 mm x 40 mm | AR-8950-04 |
| Drill Sleeve, 1.7 mm | AR-8916-18 |
| Depth Probe, (Drill Guide), 2.4 mm | AR-8916-08 |
| Depth Guide, 2.4 mm Screws | AR-13120G |
| Drive Shaft, T8, QC | AR-8916-27 |
| Screwdriver, T8, Solid | AR-8916-22 |

**Instrumentation for 3.5 mm Locking and Cortical Screws:**

| | |
|---|---|
| Drill Guide, Threaded, 3.5 mm x 30 mm | AR-8916-07 |
| Drill Sleeve, 2.5 mm | AR-8963-06 |
| Drill Bit, 2.5 mm, graduated | AR-8916-06 |
| Plate Elevator, Threaded, 3.5 mm x 30* | AR-8916-12 |
| Depth Guide, 3.5 mm Screws | AR-8943-15 |
| Drive Shaft, T15, Solid, QC | AR-8941DH |
| Screwdriver, T15 | AR-8943-10 |

**General Instrumentation:**

| | |
|---|---|
| Plate Bending Iron | AR-8916-10 |
| Palm Handle, QC | AR-8916-25 |
| Ratcheting Handle, QC | AR-8950RH |
| Screw Holding Sleeve, 2/2.4 mm | AR-8920H |
| Screw Holding Sleeve, 2.7, 3.5 and 4 mm | AR-8943-11 |
| Freer Elevator | AR-8943-19 |

| | |
|---|---|
| Sharp Hook | AR-8943-21 |
| Hohmann Retractor, 8 mm | AR-13210 |
| Hohmann Retractor, 15 mm | AR-8943-22 |
| Screw Forceps | AR-8941F |
| Drill Guide, 2.5/1.7 mm | AR-8916-23 |
| Bone Reduction Forceps | AR-4160FT |
| Periosteal Elevator | AR-8943-20 |
| Lobster Claw | AR-8943-23 |

**Optional:**

| | |
|---|---|
| Torque Limiting Screw Driver for 2.4 mm Locking Screws | AR-8916TL-01 |

**Plates:**

| | |
|---|---|
| Volar Distal Radius Plate, Narrow, Right, 3H | AR-8916VNR-03 |
| Volar Distal Radius Plate, Narrow, Left, 3H | AR-8916VNL-03 |
| Volar Distal Radius Plate, Narrow, Right, 5H | AR-8916VNR-05 |
| Volar Distal Radius Plate, Narrow, Left, 5H | AR-8916VNL-05 |
| Volar Distal Radius Plate, Narrow, Right, 7H | AR-8916VNR-07 |
| Volar Distal Radius Plate, Narrow, Left, 7H | AR-8916VNL-07 |
| Volar Distal Radius Plate, Standard, Right, 3H | AR-8916VSR-03 |
| Volar Distal Radius Plate, Standard, Left, 3H | AR-8916VSL-03 |
| Volar Distal Radius Plate, Standard, Right, 5H | AR-8916VSR-05 |
| Volar Distal Radius Plate, Standard, Left, 5H | AR-8916VSL-05 |
| Volar Distal Radius Plate, Standard, Right, 7H | AR-8916VSR-07 |
| Volar Distal Radius Plate, Standard, Left, 7H | AR-8916VSL-07 |
| Volar Distal Radius Plate, Wide, Right, 3H | AR-8916VWR-03 |
| Volar Distal Radius Plate, Wide, Left, 3H | AR-8916VWL-03 |
| Volar Distal Radius Plate, Wide, Right, 5H | AR-8916VWR-05 |
| Volar Distal Radius Plate, Wide, Left, 5H | AR-8916VWL-05 |
| Volar Distal Radius Plate, Wide, Right, 7H | AR-8916VWR-07 |
| Volar Distal Radius Plate, Wide, Left, 7H | AR-8916VWL-07 |

**2.4 mm Screws:**

| | |
|---|---|
| VAL Screw, titanium, locking, 2.4 x 8 mm – 34 mm (2 mm increments) | AR-8724V-08 – 34 |
| VAL Near Cortex Screw, titanium, locking, 2.4 x 8 mm – 34 mm (2 mm increments) | AR-8916VNC-08 – 34 |
| Cortex Screw, titanium, 2.4 x 8 mm - 34 mm (2 mm increments) | AR-8916CX24-08 – 34 |

**3.5 mm Screws:**

| | |
|---|---|
| Locking Screw, titanium, 3.5 mm x 10 mm – 20 mm (2 mm increments) | AR-8935L-10 – 20 |
| Cortical LPS Screw, titanium, 3.5 mm x 10 mm – 14 mm (1 mm increments) | AR-8935-10 – 14 |
| Cortical LPS Screw, titanium, 3.5 mm x 16 – 20 mm (2 mm increments) | AR-8935-16 – 20 |

#### Fragment Specific System (AR-8916FS) includes:

| | |
|---|---|
| Ti Fragment Specific System Base & Lid | AR-8916C - 21 |

**Instruments:**

| | |
|---|---|
| Drill Guide, 1.7 mm, Parallel, Volar Hook Plate | AR-8916-26 |
| Pliers, NeedleNose | AR-8916-24 |

**Plates:**

| | |
|---|---|
| 2.4 mm 2H L-Plate, Ti, Right, 5H | AR-8952ML-05R |
| 2.4 mm 2H L-Plate, Ti, Left, 5H | AR-8952ML-05L |
| Wrist Spanning Plate, Ti | AR-8916SPN |
| 2.4 mm Distal Radius Styloid Plate, 5H | AR-8916RSTYFO5 |
| Volar Hook Plate, 4H | AR-8916VH-04 |
| Volar Hook Plate, 6H | AR-8916VH-06 |
| Dorsal Distal Radius Plate, Standard, Right, 4H | AR-8916DSR-04 |
| Dorsal Distal Radius Plate, Standard, Left, 4H | AR-8916DSL-04 |
| Dorsal Distal Radius Plate, Narrow, Right, 4H | AR-8916DNR-04 |
| Dorsal Distal Radius Plate, Narrow, Left, 4H | AR-8916DNL-04 |

**Disposables:**

| | |
|---|---|
| Guidewire w/Trocar Tip, 1.35 mm | AR-8943-01 |
| BB-Tak, qty. 2, 1.6 mm | AR-13226 |

**Literature:**

| | |
|---|---|
| Titanium Volar Distal Radius Plating System Surgical Technique | LT1-0416-EN |
| Wrist Plating System Brochure | LB1-0416-EN |

1

# FEATURES   Volar Distal Radius Plates



Two dedicated radial styloid screws

Graft window for fragment manipulation and bone grafting

Extended slotted hole for plate positioning

Contoured for tendon safety

K-wires mimic screw trajectory to assess position relative to the joint

Multiple fixed and variable angle screw options are available

Dedicated ulnar fragment support

Locking and nonlocking options in shaft

**Osseous Fixation**

PEEK Aiming Guide



Fixed Angle Drill Sleeves



Variable Angle Drill Guide



# FEATURES   Fragment Specific Plates*



Volar Hook Plate
AR-8916VH

Dorsal Distal Radius Plate
AR-8916DSL



Dorsal L-Plate
AR-8952ML

Radial Styloid Plate
AR-8916RSTY





Spanning Plate
AR-8916SPN



*Fragment Specific Plates are released on a limited basis.

2

ATHX00000843

Attachment 9



HIGHLY CONFIDENTIAL

ATHX00015974

Attachment 10





DENOVE

HIGHLY CONFIDENTIAL

Attachment 11

