IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIMED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-666 (MN) |
| | ) |
| ARTHREX, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER AFTER PRETRIAL CONFERENCE

AND NOW, this 1st day of September 2020, after a Pretrial Conference and upon consideration of the Proposed Pretrial Order (D.I. 166) and the discussion at the August 31, 2020 Pretrial Conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is ADOPTED as modified by any discussion at the Pretrial Conference. (*See* D.I. 173).

2. A bench trial will begin on Monday, September 14, 2020 at 9:00 a.m. Subsequent trial days will begin at 9:00 a.m. and generally will end at 6:00 p.m., although the end of the trial day may, at the discretion of the Court, be earlier or later than 6:00 p.m.

3. The trial will be timed. Each side is allowed up to ten (10) hours for its opening statement, its direct and cross-examination of witnesses, closing arguments and argument of evidentiary issues. Each party shall reserve one (1) hour of its ten (10) hours for closing arguments. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court deems appropriate.

4. Issues that need to be addressed will be taken up at 8:30 a.m. and at the end of the trial day. There will be thirty minutes for lunch and a fifteen-minute break in both the morning and the afternoon.

5. Each side may have no more than three (3) attorneys and one (1) support person in the courtroom at any given time, and only two (2) persons are permitted at counsel table per side at any given time. In its discretion, the Court may modify these limitations at any time or impose additional restrictions to ensure the safety of court personnel and all persons attending trial.

6. Unless excused by the Court, all persons in the courtroom must wear a mask at all times and the mask must be worn properly (*i.e.*, covering the person's nose and mouth).

7. For the reasons stated at the Pretrial Conference, Plaintiff's Motion *in Limine* (D.I. 166, Ex. 5) is DENIED and Defendant's *Motion in Limine* (D.I. 166, Ex. 6) is DENIED AS MOOT. (*See* D.I. 173 at 3:2-4:20).

8. As explained at the Pretrial Conference, the parties may not provide witness binders or physical copies of documents (demonstratives, deposition transcripts, etc.) to the Court. The parties shall provide electronic copies of ALL trial exhibits to the Courtroom Deputy by NOON on September 11, 2020. The trial exhibits must be labeled with JTX, DTX or PTX prefixes with exhibit numbers, and the trial exhibits must be organized in a single folder. Additionally, at the beginning of each trial day, the parties shall provide to the Courtroom Deputy electronic copies of witness folders containing the exhibits to be used on direct examination of any witnesses expected to be called that day. To the extent parties wish to provide the Court with cross-examination folders, those must be provided to the Courtroom Deputy in electronic format at the beginning of the trial day where that cross examination is expected to occur.

9. Any trial logistics should be coordinated through the Courtroom Deputy.

_____
The Honorable Maryellen Noreika
United States District Judge